**BRODY & BRANCH LLP**
ATTORNEYS AT LAW
205 Lexington Avenue, 4th Floor
New York, New York 10016

Tel: (212) 679-7007
Fax: (212) 679-7123

January 15, 2015

Via: E-mail: newcases@ca2.uscourts.gov
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Attention: Mr. Kevin Ramos

Re: Jennifer Rodriguez v. Administration for Children Services
Index No: 14-3830, 14-3828, 14-3863

Dear Mr. Ramos:

This office represented the defendant, Starrett City, Inc. in the above-referenced matter. On March 21, 2011, Honorable John Gleeson dismissed all claims against Starrett City, Inc with prejudice on the merits. Annexed hereto is the order.

Furthermore, Mr. Joshua Lindy is no longer an associate with the firm Brody and Branch LLP. All future inquiries should be addressed to the undersigned. Thank you for your attention in this matter.

Very truly yours,

Tanya Branch

Enclosed:
3/21/11 Order

EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JENNIFER RODRIGUEZ, individually, and as the
Natural mother and lawful guardian of PATRICK
ALFORD, JR., an infant minor,

                Plaintiffs,

   -against-                                  ORDER
                                                10-CV-04661 (JG) (SMG)
THE ADMINISTRATION FOR CHILDREN'S
SERVICES, THE CITY OF NEW YORK, ST.
VINCENT'S SERVICES, INC., LIBRADA MORAN,
STARRETT CITY, INC.,

                Defendants.
------------------------------------------------------------------x

JOHN GLEESON, United States District Judge:

        Jennifer Rodriguez brings this action on behalf of herself and her son, Patrick Alford, Jr., against the City of New York ("the City"), the Administration for Children's Services ("ACS"), St. Vincent's Services, Inc. ("St. Vincent's"), Starrett City, Inc. ("Starrett City"), and Librada Moran. On behalf of both herself and her son, Rodriguez asserts claims pursuant to 42 U.S.C. § 1983 against the City and ACS. Rodriguez also asserts state law claims against the City and ACS on her own behalf. Finally, the complaint alleges state law claims against all defendants on behalf of Patrick. Four of the five defendants – the City, ACS, St. Vincent's, and Starrett City – have moved to dismiss all claims asserted against them. Oral argument was heard on the motions on March 21, 2011.

        For the reasons stated on the record at oral argument, the § 1983 claims asserted against the City are dismissed with prejudice. All claims asserted against ACS, including the § 1983 claims and the state law claims, are dismissed with prejudice. The state law claims asserted against Starrett City are dismissed with prejudice on the merits. The remaining state law

claims are dismissed without prejudice to replead should plaintiffs file an amended complaint asserting new federal claims. *See United Mine Workers of America v. Gibbs*, 383 U.S. 715, 725 (1966).

As stated at oral argument, on or before Friday, March 25, 2011, the City and ACS shall identify for plaintiffs the individual employees who were involved in the events giving rise to this action. Leave to amend the complaint was granted at oral argument. Any amended complaint shall be filed on or before Monday, April 25, 2011.

So ordered.

John Gleeson, U.S.D.J.

Dated: March 21, 2011
Brooklyn, New York